Chritian Velasquez                                    Jnauary 30, 2018
950 High Street
Central Falls, RI 02863          16-CR-10165-MLW

Mark L. Wolf
United States District Judge
One Courthouse Way 02210

                RE: United States v. Christian Velasquez

Dear Judge Wolf:

    I am the defendant in the above-mentioned case. The purpose
of this letter is to inform the court of my difficulty communicat-
ing with assigned cousel Carlos Domiguez. I have maid numerous
calls that have gone unanswered. When family members call they
have been  unable to reach him, and vioce messeages left on my
behalf have not been responded to.

    My sentencing date has been changed. I have reached out several
times, as my family has also, trying to confirm my sentencing date
so that family, friends and loved ones can make arrangments to be
there in show of support. Counsel Domguez has been unreachable since
my change of plea. When I call him from the facility a recording
informs me he has no funds in his account to receive calls. This
treatment would be unacceptable if I were a paying client and I
should not have to suffer because he has been appointed and I am
not a paying client.

    I request this court direct counsel to keep my family informed,
and to provied a direct means of communication that I may utilize
in the event something comes up that needs his immediate attention.

                        Respectfully,

                        Christion Velasquez- 99607-038